# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,　　　)
　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　)　　2:11-cr-0434-LDG-PAL
　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
MICHAEL VALES,　　　　　　　　 )
　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　 )
_____)

# ORDER

IT IS HEREBY ORDERED: That Michael Vales is allowed to travel to Industry City, California on September 14 through September 17, 2012. [remainder of text is garbled/encoded]

Vales is required to comply with conditions set forth by Pretrial Services and shall provide any and all information at Pretrial Services may require during the designated travel period.

DATED this [illegible] day of September, 2012.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE